UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUONG NGUYEN, | ) | Case No. SACV 11-992 DDP(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| TIMOTHY E. BUSBY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 22, 2015_

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE